# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Wysong, | No. CV-25-00261-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Home Depot USA Incorporated, | |
| Defendant. | |

This case, reassigned to the Honorable John C. Hinderaker, is hereby referred to Magistrate Judge Jacqueline Rateau for all pretrial proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona. All future filings in this case shall be designated: **CV-25-00261-TUC-JCH (JR).**

Dated this 3rd day of June, 2025.

John C. Hinderaker
United States District Judge