# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Wysong, | No. CV-25-00261-TUC-JCH (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Home Depot USA Incorporated, | |
| Defendant. | |

Before the Court is Magistrate Judge Jacqueline M. Rateau's Report and Recommendation ("R&R"). Doc. 16. Judge Rateau recommends remanding this matter to the Arizona Superior Court, Pima County. *Id.* at 8. The deadline for either party to object to the R&R was July 3, 2025. *Id.* Neither party objected. *See generally* Docket.

If no objections are filed, the district judge is not required to review the magistrate judge's R&R under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the district judge may conduct further review, "sua sponte or at the request of a party, under a de novo or any other standard." *Id.* at 154. The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After independent review, the Court agrees with Judge Rateau's findings and

1   conclusions that the Court lacks jurisdiction and this matter should be remanded.

2   Accordingly,

3   **IT IS ORDERED ADOPTING IN FULL** the R&R (Doc. 16).

4   **IT IS FURTHER ORDERED remanding** this matter to the Arizona Superior
5   Court, Pima County (previously Case No. C2025-2922).

6   Dated this 7th day of July, 2025.

John C. Hinderaker
United States District Judge

- 2 -